**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Justin Sadler,<br><br>　　　　　Petitioner,<br><br>v.<br><br>Juan Baltazar,<br><br>　　　　　Respondent. | No. CV-18-00485-TUC-RCC<br><br>**ORDER** |

On August 23, 2019, Magistrate Judge Leslie A. Bowman issued a Report and Recommendation in which she recommended the Court dismiss Justin Sadler's Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in Federal Custody (Doc. 1). (Doc. 13.) The R&R notified the parties they had fourteen (14) days from the date of the R&R to file objections. No objections have been filed.

If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute for review of a magistrate judge's recommendation "does not preclude further review by the district judge, *sua sponte* or at the request of a party, under a *de novo* or any other standard." *Id*. at 154.

Petitioner asserts that the Bureau of Prisons improperly calculated his sentence. The Court has reviewed the filings and Judge Bowman's Report and Recommendation and finds that the Magistrate Judge's determination is correct–the Bureau of Prisons

properly calculated Petitioner's remaining sentence.

Accordingly, IT IS ORDERED:

1. Magistrate Judge Leslie A. Bowman's Report and Recommendation is ADOPTED. (Doc. 13.)
2. Petitioner Justin Sadler's Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in Federal Custody is DENIED. (Doc. 1.)
3. The Clerk of Court shall docket accordingly and close the case file in this matter.

Dated this 16th day of September, 2019.

_____
Honorable Raner C. Collins
Senior United States District Judge